## SCHEDULE OF PAYMENTS TO AWOL

| Date of Invoice | Invoice # | Date of Payment | Fuji Check # | Amount |
|---|---|---|---|---|
| 02/13/1995 | 105A | 03/13/95 | 654291 | $728 |
| 03/22/1995 | 107 | 03/27/95 | 656472 | $550 |
| 03/22/1995 | 108 | 03/27/95 | 656472 | $970 |
| 03/06/1995 | 109 | 04/18/95 | 659417 | $500 |
| 04/07/1995 | 110 | 04/18/95 | 659417 | $325 |
| 04/07/1995 | 112 | 04/18/95 | 659417 | $5,107 |
| 04/07/1995 | 111 | 05/02/95 | 661434 | $13,863 |
| 05/26/1995 | 113 | 06/23/95 | 668383 | $800 |
| 07/24/1995 | 101 | 08/08/95 | 674224 | $9,300 |
| 08/02/1995 | 116 | 08/17/95 | 675509 | $1,950 |
| 08/16/1995 | 118 | 08/24/95 | 676694 | $950 |
| 08/18/1995 | 119 | 08/24/95 | 676994 | $5,857.25 |
| 08/19/1995 | 120 | 08/24/95 | 676694 | $5,518 |
| 08/01/1995 | 115 | 09/20/95 | 680956 | $1,800 |
| 09/15/1995 | 121 | 09/20/95 | 680956 | $5,231 |
| 10/10/1995 | 122 | 10/23/95 | 685276 | $2,250 |
| 10/23/1995 | 123 | 10/31/95 | 686411 | $4,969 |
| 10/24/1995 | 124 | 10/31/95 | 686411 | $12,367.64 |
| 11/08/1995 | 126 | 11/13/95 | 688170 | 4,457 |
| 11/08/1995 | 125 | 11/28/95 | 690065 | $2,000 |
| 11/08/1995 | 127 | 11/28/95 | 690065 | $4,200 |
| 12/07/1995 | 128 | 12/15/95 | 692946 | $4,050 |
| 12/07/1995 | 129 | 12/15/95 | 692946 | $4,050 |
| 01/17/1996 | 131 | 01/25/96 | 698304 | $1,908 |
| 02/01/1996 | 132 | 02/06/96 | 700031 | $1,508 |
| 02/08/1996 | 133 | 03/12/96 | 705112 | $1,200 |
| 03/06/1996 | 135 | 03/14/96 | 705513 | $750 |
| 03/06/1996 | 136 | 03/14/96 | 705513 | $550 |
| 03/26/1996 | 137 | 04/01/96 | 707697 | $1,230 |
| 03/26/1996 | 138 | 04/04/96 | 708255 | $4,170 |
| 04/15/1996 | 141 | 04/17/96 | 710088 | $4,950 |
| 04/15/1996 | 142 | 04/17/96 | 710088 | $5,325 |
| 04/16/1996 | 140 | 04/18/96 | 710351 | $2,637.09 |
| 05/14/1996 | 143 | 05/20/96 | 714660 | $2,416 |
| 05/15/1996 | 145 | 05/22/96 | 715156 | $5,185 |
| 05/15/1996 | 144 | 06/07/96 | 717405 | $5,185 |
| 05/15/1996 | 145 | 06/07/96 | 717405 | $5,185 |
| 05/15/1996 | 147 | 06/07/96 | 717405 | $5,680 |
| 05/31/1996 | 148 | 06/07/96 | 717405 | $1,055 |
| 06/04/1996 | 149 | 06/07/96 | 717405 | $925 |
| 06/12/1996 | 150 | 06/17/96 | 718656 | $4,581 |

| Date of Invoice | Invoice # | Date of Payment | Fuji Check # | Amount |
|---|---|---|---|---|
| 06/12/1996 | 151 | 06/17/96 | 718656 | $2,229.50 |
| 06/12/1996 | 152 | 06/17/96 | 718656 | $4,231.00 |
| 06/12/1996 | 153 | 06/17/96 | 718656 | $4,581.00 |
| 06/25/1996 | 154 | 07/08/96 | 721287 | $2,609.00 |
| 07/11/1996 | 155 | 07/22/96 | 723360 | $4,610.00 |
| 07/17/1996 | 156 | 07/22/96 | 723360 | $3,610.00 |
| 07/17/1996 | 157 | 07/22/96 | 723360 | $3,610.00 |
| 07/17/1996 | 158 | 07/22/96 | 723360 | $3,610.00 |
| 08/05/1996 | 159 | 08/28/96 | 729008 | $2,584.00 |
| 08/05/1996 | 160 | 08/28/96 | 729008 | $2,644.00 |
| 08/05/1996 | 161 | 08/28/96 | 729008 | $2,694.00 |
| 09/06/1996 | 162 | 09/11/96 | 730881 | $3,534.00 |
| 09/06/1996 | 163 | 09/11/96 | 730881 | $450.00 |
| 09/06/1996 | 164 | 09/11/96 | 730881 | $1,225.00 |
| 09/25/1996 | 165 | 10/01/96 | 733929 | $5,733.00 |
| 09/25/1996 | 166 | 10/01/96 | 733929 | $3,967.00 |
| 10/03/1996 | 167 | 10/09/96 | 735131 | $3,767.00 |
| 10/03/1996 | 170 | 10/09/96 | 735131 | $2,425.00 |
| 10/03/1996 | 169 | 10/11/96 | 735563 | $3,767.00 |
| 10/03/1996 | 168 | 10/16/96 | 735904 | $3,767.00 |
| 10/23/1996 | 171 | 10/28/96 | 737692 | $2,544.00 |
| 10/23/1996 | 172 | 10/28/96 | 737692 | $5,200.00 |
| 11/08/1996 | 174 | 11/14/96 | 740492 | $2,425.00 |
| 11/08/1996 | 175 | 11/14/96 | 740492 | $11,140.00 |
| 11/08/1996 | 176 | 11/14/96 | 740492 | $2,575.00 |
| 11/19/1996 | 178 | 11/27/96 | 742327 | $4,657.00 |
| 12/27/1996 | 179 | 01/02/97 | 746915 | $4,245.00 |
| 12/27/1996 | 180 | 01/06/97 | 747260 | $2,459.00 |
| 01/28/1997 | 181 | 02/04/97 | 752206 | $2,409.00 |
| 01/28/1997 | 183 | 02/04/97 | 752206 | $3,657.00 |
| 02/05/1997 | 184 | 02/10/97 | 752917 | $17,654.95 |
| 02/22/1997 | 186 | 02/24/97 | 755009 | $16,945.00 |
| 03/26/1997 | 187 | 04/03/97 | 761261 | $14,725.00 |
| 04/29/1997 | 188 | 05/06/97 | 766075 | $14,928.00 |
| 05/04/1997 | 189 | 05/13/97 | 767075 | $2,425.00 |
| 06/25/1997 | 190 | 07/01/97 | 774380 | $12,926.00 |
| 07/21/1997 | 191 | 07/28/97 | 778338 | $12,165.00 |
| 08/15/1997 | 193 | 08/22/97 | 782164 | $11,465.00 |
| 09/22/1997 | 196 | 09/30/97 | 787918 | $11,195.00 |
| 10/22/1997 | 197 | 10/28/97 | 791993 | $12,265.00 |
| 10/27/1997 | 198 | 11/05/97 | 793144 | $2,400.00 |
| 10/27/1997 | 199 | 11/05/97 | 793144 | $2,400.00 |
| 11/24/1997 | 200 | 12/02/97 | 797128 | $3,200.00 |

| Date of Invoice | Invoice # | Date of Payment | Fuji Check # | Amount |
|---|---|---|---|---|
| 11/25/1997 | 205 | 12/02/97 | 797128 | $11,495.00 |
| 12/23/1997 | 206 | 01/08/98 | 802504 | $10,495.70 |
| 02/17/1998 | 300 | 02/24/98 | 809912 | $12,242.00 |
| 03/25/1998 | 425 | 03/27/98 | 815583 | $11,656.00 |
| 05/14/1998 | 475 | 05/26/98 | 824508 | $8,772.52 |
| 06/22/1998 | 480 | 06/23/98 | 829235 | $12,465.00 |