**SCHEDULE OF INVOICES SUBMITTED BY REVOLUTIONARY GRAPHICS TO ADK AND ADK TO FUJI IN 2002 AND 2003**

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 1/31/02 | FUF – 822 | 85,199.31 | ATOMM Technology Micro Site |
| ADK to Fuji: 1/31/02 | FUF – 823 | 38,443.24 | ATOMM Technology 10 Direct Mail Brochure |
| ADK to Fuji: 1/31/02 | FUF – 824 | 38,440.68 | Magnetic Tape (DL Ttape, Super DLTtape, LTO) Mailer |
| ADK to Fuji: 1/31/02 | FUF – 825 | 38,386.25 | Magnetic Disk (Zip 250) Mailer |
| ADK to Fuji: 2/28/02 | FUF – 826 | 29,890.75 | ATOMM Technology Micro Site |
| ADK to Fuji: 2/28/02 | FUF – 827 | 71,486.47 | Interactive ATOMM Technology Product Development Timeline |
| ADK to Fuji: 2/28/02 | FUF – 828 | 65,226.68 | Multi-tiered MD for Individual ATOMM Product |
| ADK to Fuji: 2/28/02 | FUF – 829 | 46,972.31 | How Magnetic Tape Works Flash Animation |
| ADK to Fuji: 2/28/02 | FUF – 830 | 43,771.27 | How Magnetic Disk Works Flash Animation |
| ADK to Fuji: 2/28/02 | FUF – 831 | 38,431.38 | Clear Case Flash Animation |
| Revolutionary Graphics to ADK: 4/8/02 | 021012 | $426,925.14 | Custom on-line educational system for account use, on-line |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| | | | data base design C++ and flash front end for integration into all sites. |
| ADK to Fuji: 2/28/02 | FUF-832 | 43,796.39 | Barcode Labeling Flash Animation |
| ADK to Fuji: 2/28/02 | FUF-833 | 49,293.41 | Full Service Flash Animation |
| ADK to Fuji: 2/28/02 | FUF-834 | 44,964.36 | Security Flash Animation |
| ADK to Fuji: 2/28/02 | FUF-835 | 32,125.48 | Made in the USA Flash Animation |
| ADK to Fuji: 2/28/02 | FUF-836 | 46,040.65 | DSU Teaser Direct Mail Brochure |
| ADK to Fuji: 2/28/02 | FUF-837 | 49,105.00 | DSU Launch Mail Direct |
| ADK to Fuji: 2/28/02 | FUF-838 | 38,492.80 | DSU Updates Mailer |
| ADK to Fuji: 3/13/02 | FUF-843 | 40,566.01 | ATOMM Technology Micro Site |
| ADK to Fuji: 3/13/02 | FUF-844 | 38,425.70 | ATOMM Technology 10 Year Direct Mail Brochure |
| ADK to Fuji: 3/13/02 | FUF-845 | 13,877.50 | Magnetic Tape (DLTtape, Super DLTtape, LTO) Mailer |
| ADK to Fuji: 3/13/02 | FUF-846 | 12,815.03 | Magnetic Disk (Zip250) Mailer |
| Revolutionary Graphics to ADK: 4/9/02 | 021014 | 314,563.52 | Featured On-Line Storage for media market information distribution in all platforms |
| ADK to Fuji: 3/13/02 | FUF-847 | 34,163.77 | Multi-tiered DM for |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| | | | Individual ATOMM Product |
| ADK to Fuji: 3/13/02 | FUF-848 | 6,391.02 | How Magnetic Tape Works Flash Animation |
| ADK to Fuji: 3/13/02 | FUF-849 | 6,402.48 | How Magnetic Disk Works Flash Animation |
| ADK to Fuji: 3/13/02 | FUF-850 | 6,733.93 | Full Service Flash Animation |
| ADK to Fuji: 3/13/02 | FUF-851 | 15,019.11 | DSU Teaser Direct Mail Brochure |
| ADK to Fuji: 3/13/02 | FUF-852 | 18,187.68 | DSU Launch Direct Mail |
| ADK to Fuji: 3/13/02 | FUF-853 | 8,552.55 | DSU Updates Mailer |
| ADK to Fuji: 3/21/02 | FUF-854 | 24,870.24 | ATOMM Technology Promotional Piece |
| ADK to Fuji: 3/21/02 | FUF-855 | 19,245.15 | Magnetic Tape Dealer Kit |
| ADK to Fuji: 3/21/02 | FUF-856 | 19,450.94 | Magnetic Disk Dealer Kit |
| ADK to Fuji: 3/21/02 | FUF-857 | 26,069.62 | ATOMM Technology Marketing Materials Brochure |
| ADK to Fuji: 3/21/02 | FUF-858 | 20,320.17 | Barcode Library Handbook |
| ADK to Fuji: 3/21/02 | FUF-859 | 23,510.13 | Barcode Library Animation |
| ADK to Fuji: 3/21/02 | FUF-860 | 17,116.41 | ATOMM Technology Pocket Piece |
| ADK to Fuji: 3/21/02 | FUF-861 | 12,907.52 | End-User Opinion Poll Postcard Mailer |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| | | | for LTO Ultrium 1 |
| ADK to Fuji: 3/21/02 | FUF-862 | 12,907.52 | End-User Opinion Poll Postcard Mailer for DLTtape IV |
| ADK to Fuji: 3/21/02 | FUF-863 | 12,907.52 | End-User Opinion Poll Postcard Mailer for Super DLTtape |
| ADK to Fuji: 3/21/02 | FUF-864 | 12,907.52 | End-User Opinion Poll Postcard Mailer for Zip 250 |
| ADK to Fuji: 4/01/02 | FUF-869 | 41,856.80 | Media + More CD Storage Industry Section |
| ADK to Fuji: 4/01/02 | FUF-870 | 37,495.25 | Media + More CD Technology Section |
| ADK to Fuji: 4/01/02 | FUF-871 | 37,638.66 | Media + More Manufacturing Section |
| Revolutionary Graphics to ADK: 4/8/02 | 021015 | 298,042.88 | Content tool fees for on line education system & drop and drag feature programming. |
| ADK to Fuji: 3/28/02 | FUF – 868 | 24,118.42 | Magnetic Disk Tri-Fold Display Card |
| ADK to Fuji: 3/28/02 | FUF – 876 | 7,642.07 | LTO Ultrium Co-op Insert |
| ADK to Fuji: 3/28/02 | FUF - 877 | 18,298.33 | Barcode Library List Poster |
| ADK to Fuji: 3/28/02 | FUF – 878 | 7,642.07 | Zip 250 Co-op Insert |
| ADK to Fuji: 3/28/02 | FUF - 879 | 30,159.98 | “Don’t Get Used” Tri-Fold Display Card |
| ADK to Fuji: 3/28/02 | FUF – 880 | 7,642.07 | Super DLTtape Co-op |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| | | | Insert |
| ADK to Fuji: 3/28/02 | FUF – 881 | 7,642.07 | DDS-4 Co-op Insert |
| ADK to Fuji: 3/02/08 | FUF – 882 | 7,642.07 | DLTtape IV Co-op Insert |
| ADK to Fuji: 3/28/02 | FUF – 883 | 7,642.07 | DDS-3 Co-op Insert |
| ADK to Fuji: 4/1/02 | FUF – 872 | 52,519.80 | Media + More CD Products Section |
| ADK to Fuji: 4/01/02 | FUF – 873 | 37,187.30 | Media + More CD New Product Comparisons |
| ADK to Fuji: 4/01/02 | FUF – 874 | 45,450.87 | Media + More CD Fujifilm Difference Section |
| ADK toFuji: 4/01/02 | FUF – 875 | 48,432.62 | Media + More CD Support Section |
| Revolutionary Graphics to ADK: 5/14/02 | 032398 (m1-4) | 70,042<br>67,545<br>52,945<br>114,710 | Revised design (1 job) and New designs (3 jobs) of on-line storage and tool for hand helds and desk top content conversions |
| ADK to Fuji: 10/28/02 | FUF – 1114 | 37,214.46 | Tool 4 Media + More Fujifilm Consumer Help Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1113 | 23,977.48 | Tool 4 Media + More Fujifilm Consumer DSU Radio Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1112 | 27,179.98 | Tool 4 Media + More Fujifilm Consumer Analyzer Section Design |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 10/28/02 | FUF – 1111 | 22,803.23 | Tool 4 Media + More Fujifilm Consumer Research Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1110 | 21,522.23 | Tool 4 Media + More Fujifilm Consumer Rewards Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1109 | 26,539.48 | Tool 4 Media + More Fujifilm Consumer Reference Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1108 | 26,539.48 | Tool 3 Media + More Fujifilm IT User Help Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1107 | 26,539.48 | Tool 3 Media + More Fujifilm IT User DSU Radio Section Design |
| ADK to Fuji: 10/28/02 | FUF - 1106 | 26,539.48 | Tool 3 Media + More Fujifilm IT User Analyzer Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1105 | 26,539.48 | Tool 3 Media + More Fujifilm IT User Research Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1104 | 26,539.48 | Tool 3 Media + More Fujifilm IT User Rewards Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1103 | 26,539.48 | Tool 3 Media + More Fujifilm IT User References Section Design |
| ADK to Fuji: | FUF – 1102 | 27,042.37 | Tool 2 Media + More |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| 10/28/02 | | | Fujifilm Dealer Help Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1101 | 27,042.37 | Tool 2 Media + More Fujifilm Dealer DSU Radio Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1100 | 27,042.37 | Tool 2 Media + More Fujifilm Dealer Analyzer Section Design |
| ADK to Fuji: 10/28/02 | FUF - 1099 | 27,042.37 | Tool 2 Media + More Fujifilm Dealer Research Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1098 | 27,042.37 | Tool 2 Media + More Fujifilm Dealer Rewards Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1097 | 27,042.37 | Tool 2 Media + More Fujifilm Dealer References Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1096 | 28,234.65 | Tool 1 Media + More Fujifilm Employees Help Section |
| ADK to Fuji: 10/28/02 | FUF – 1095 | 28,234.65 | Tool 1 Media + More Fujifilm Employees DSU Radio Section |
| ADK to Fuji: 10/28/02 | FUF – 1094 | 28,234.65 | Tool 1 Media + More Fujifilm Employees Analyzer Section |
| ADK to Fuji: 10/28/02 | FUF – 1093 | 28,234.65 | Tool 1 Media + More Fujifilm Employees Rewards Section |
| ADK to Fuji: | FUF – 1092 | 28,234.65 | Tool 1 Media + More |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| 10/28/02 | | | Fujifilm Employees Research Section |
| ADK to Fuji: 10/28/02 | FUF – 1091 | 28,234.65 | Tool 1 Media + More Fujifilm Employees References Section |
| ADK to Fuji: 10/28/02 | FUF – 1090 | 26,539.48 | Tool 4 Fujifilm Consumer Help Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1089 | 26,539.48 | Tool 4 Fujifilm Consumer DSU Radio Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1088 | 31,449.98 | Tool 4 Fujifilm Consumer Analyzer Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1087 | 21,628.98 | Tool 4 Fujifilm Consumer Research SectionDesign |
| ADK to Fuji: 10/28/02 | FUF – 1086 | 26,539.48 | Tool 4 Fujifilm Consumer Rewards Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1085 | 34,332.25 | Tool 4 Fujifilm Consumer References Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1084 | 22,376.23 | Tool 3 Fujifilm IT User Help Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1083 | 22,909.98 | Tool 3 Fujifilm IT User DSU Radio Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1082 | 26,539.48 | Tool 3 Fujifilm IT User Analyzer Section Design |
| ADK to Fuji: | FUF – 1081 | 26,539.48 | Tool 3 Fujifilm IT |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| 10/28/02 | | | User Research Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1080 | 26,539.48 | Tool 3 Fujifilm IT User Rewards Section Design |
| ADK top Fuji: 10/28/02 | FUF – 1079 | 26,539.48 | Tool 3 Fujifilm IT User References Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1078 | 27,042.37 | Tool 2 Fujifilm Dealer DSU Radio Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1077 | 27,042.37 | Tool 2 Fujifilm Dealer Analyzer Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1076 | 27,042.37 | Tool 2 Fujifilm Dealer Research Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1075 | 27,042.37 | Tool 2 Fujifilm Dealer Rewards Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1074 | 27,042.37 | Tool 2 Fujifilm Dealer References Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1073 | 28,234.65 | Tool 1 Fujifilm Employees Help Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1072 | 28,234.65 | Tool 1 Fujifilm Employees DSU Radio Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1071 | 27,042.37 | Tool 2 Fujifilm Dealer Help Section Design |
| ADK to Fuji: | FUF – 1070 | 28,234.65 | Tool 1 Fujifilm |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| 10/28/02 | | | Employees Analyzer Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1069 | 28,234.65 | Tool 1 Fujifilm Employees Research Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1068 | 28,234.65 | Tool 1 Fujifilm Employees Rewards Section Design |
| ADK to Fuji: 10/28/02 | FUF – 1067 | 28,234.65 | Tool 1 Fujifilm Employees References Section Design |
| Revolutionary Graphics to ADK 10/29/02 | 1023101 (10-1-4) | 345,065<br>264,972<br>194,328<br>344,776 | Advanced tool design – FOUR Audiences applications for all features |
| ADK to Fuji: 1/31/03 | FUF – 1170 | 74,339.43 | Integrated Marketing Tool |
| ADK to Fuji: 1/31/03 | FUF – 1171 | 24,398.09 | DSU Promotional Movie |
| ADK to Fuji: 1/31/03 | FUF – 1172 | 28,287.52 | DSU Direct Mail CD |
| ADK to Fuji: 1/31/03 | FUF – 1173 | 16,688.78 | USB Tradeshow Display |
| ADK to Fuji: 1/31/03 | FUF – 1174 | 49,426.48 | Media + More Promotional Item |
| ADK to Fuji: 1/31/03 | FUF – 1175 | 25,622.47 | FFMS Updates |
| ADK to Fuji: 1/31/03 | FUF – 1176 | 19,437.09 | USB Presentation Collapsable Screens |
| ADK to Fuji: 2/27/03 | FUF – 1177 | 44,937.64 | Interactive Sale Training Tool |
| ADK to Fuji: 2/27/03 | FUF – 1178 | 37,860.31 | Sales CD Revise |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 2/27/03 | FUF – 1179 | 42,445.12 | Media + More Interactive Program |
| ADK to Fuji: 2/27/03 | FUF – 1180 | 38,942.42 | Integrated Customer Service Program |
| ADK to Fuji: 2/27/03 | FUF – 1181 | 41,118.19 | USB Marketing Tool |
| ADK to Fuji: 2/27/03 | FUF – 1182 | 44,411.04 | Integrated Data Storage Campaign |
| ADK to Fuji: 3/10/03 | FUF – 1183 | 54,886.11 | Media + More Educational Tool |
| ADK to Fuji: 3/27/03 | FUF – 1183CR | -54,886.11 | Credit Memo |
| ADK to Fuji: 3/10/03 | FUF – 1184 | 54,247.02 | USB Promotional Movie |
| ADK to Fuji: 3/27/03 | FUF – 1184CR | -54,247.02 | Credit Memo |
| ADK to Fuji: 3/10/03 | FUF – 1185 | 53,744.48 | Integrated Disk Rewards |
| ADK to Fuji: 3/27/03 | FUF – 1185CR | -53,744.48 | Credit Memo |
| ADK to Fuji: 3/10/03 | FUF – 1186 | 53,888.01 | Data Storage Direct Mail CD |
| ADK to Fuji: 3/27/03 | FUF – 1186CR | -53,888.01 | Credit Memo |
| ADK to Fuji: 3/10/03 | FUF – 1187 | 56,168.24 | DSU Tradeshow Display |
| ADK to Fuji: 3/27/03 | FUF – 1187CR | -56,168.24 | Credit Memo |
| ADK to Fuji: 3/10/03 | FUF – 1188 | 49,905.10 | Integrated Market Research |
| ADK to Fuji: 3/27/03 | FUF – 1188CR | -49,905.10 | Credit Memo |
| ADK to Fuji: 3/10/03 | FUF – 1189 | 53,780.02 | Sales Training Materials |
| ADK to Fuji: 3/27/03 | FUF – 1189CR | -53,780.02 | Credit Memo |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 3/10/03 | FUF – 1190 | 54,496.83 | USB Sales Presentation |
| ADK to Fuji: 3/27/03 | FUF – 1190CR | -54,496.83 | Credit Memo |
| ADK to Fuji: 3/10/03 | FUF – 1191 | 52,413.58 | DSU Sales Presentation |
| ADK to Fuji: 3/27/03 | FUF – 1191CR | -52,413.58 | Credit Memo |
| ADK to Fuji: 3/10/03 | FUF – 1192 | 47,503.59 | FFMS Presentation Tool |
| ADK to Fuji: 3/27/03 | FUF – 1192CR | -47,503.59 | Credit Memo |
| ADK to Fuji: 3/13/03 | FUF – 1193 | 60,656.53 | Integrated Marketing Tool |
| ADK to Fuji: 3/13/03 | FUF – 1194 | 61,686.73 | DSU Promotional Movie |
| ADK to Fuji: 3/13/03 | FUF – 1195 | 58,244.54 | DSU Direct Mail CD |
| ADK to Fuji: 3/13/03 | FUF – 1196 | 64,391.11 | USB Tradeshow Display |
| ADK to Fuji: 3/13/03 | FUF – 1197 | 61,957.91 | Media + More Promotional Item |
| ADK to Fuji: 3/13/03 | FUF – 1198 | 61,128.43 | FFMS Updates |
| ADK to Fuji: 3/13/03 | FUF – 1199 | 54,134.44 | USB Presentation |
| ADK to Fuji: 3/13/03 | FUF – 1200 | 53,143.82 | Interactive Sales Training Tool |
| ADK to Fuji: 3/13/03 | FUF – 1201 | 51,743.81 | Sales CD Revise |
| ADK to Fuji: 3/13/03 | FUF – 1202 | 54,268.92 | Media + More Interactive Program |
| ADK to Fuji: 3/13/03 | FUF – 1203 | 49,785.69 | Integrated Customer Service Program |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 3/13/03 | FUF – 1204 | 46,996.01 | USB Marketing Tool |
| ADK to Fuji: 3/13/03 | FUF – 1205 | 48,344.78 | Integrated Data Storage Campaign |
| ADK to Fuji: 3/13/03 | FUF – 1206 | 68,288.03 | Media + More Educational Tool |
| ADK to Fuji: 3/13/03 | FUF – 1207 | 64,468.10 | USB Promotional Movie |
| ADK to Fuji: 3/13/03 | FUF – 1208 | 66,265.17 | Integrated Disc Rewards Tool |
| ADK to Fuji: 3/13/03 | FUF – 1209 | 66,891.74 | Data Storage Direct Mail CD |
| ADK to Fuji: 3/13/03 | FUF – 1210 | 61,964.03 | DSU Tradeshow Display |
| ADK to Fuji: 3/13/03 | FUF – 1211 | 57,967.18 | Integrated Market Research |
| ADK to Fuji: 3/13/03 | FUF – 1212 | 65,706.78 | Sales Training Materials |
| ADK to Fuji: 3/13/03 | FUF – 1213 | 61,936.82 | USB Sales Presentation |
| ADK to Fuji: 3/13/03 | FUF – 1214 | 64,973.34 | DSU Sales Presentation |
| ADK to Fuji: 3/13/03 | FUF – 1215 | 66,456.21 | FFMS Presentation Tool |
| Revolutionary Graphics to ADK 07/03/03 | 073003 | 425,156.48 | Design of Custom OLAP data base management platform to manage custom applications:<br>1. Customer entry<br>2. Back end entry<br>3. Vendor entry |