**SCHEDULE OF ADK PAYMENTS TO REVOLUTIONARY GRAPHICS**

| Date | Payment Method | Amount | Payment for Revolutionary Graphics Invoice # (if indicated) |
|---|---|---|---|
| 06/24/2002 | Wire transfer | $513,357.00 | 060178 (J1-4) |
| 07/18/2002 | Wire transfer | $576,261.00 | 071423 (J1-10) |
| 11/01/2002 | Wire transfer | $539,104.00 | 3 & 4 |
| 11/04/2002 | Wire transfer | $610,037.00 | 1 & 2 |
| 03/11/2003 | Wire transfer | $401,010.00 | Not indicated |
| 03/14/2003 | Wire transfer | $124,233.00 | Not indicated |
| 04/17/2003 | Wire transfer | $726,925.14 | 040803 |
| 06/30/2003 | Check #10171 | $431,151.32 | Not indicated |
| 07/30/2003 | Wire transfer | $425,156.48 | 073003 |
| 09/12/2003 | Check #4663 | $107,588.00 | Not indicated |
| 10/03/2003 | Check #4706 | $77,408.62 | Not indicated |