**SCHEDULE OF INVOICES SUBMITTED BY ECI TO ADK AND ADK TO FUJI IN 2002 AND 2003**

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ECI to ADK: 6/17/08<br><br>ADK to Fuji: 6/18/02 | 20738<br><br>FUF – 923 | 29,200<br><br>36,672.68 | Media + More Web Design/Development<br><br>Media + More Web Design/Development |
| ECI to ADK:6/17/08<br><br>ADK to Fuji: 6/18/02 | 20746<br><br>FUF – 924 | 21,300<br><br>26,750.96 | Media + More Binder Tab Design/ Development<br><br>Media + More Binder Tab Design/ Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20747<br><br>FUF – 925 | 22,800<br><br>28,634.83 | Media + More Binder Color Tag Section Design/Development<br><br>Media + More Binder Color Tag Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20748<br><br>FUF – 926 | 23,100<br><br>29,011.61 | Media + More Binder Barcode Labeling Section Design/Development<br><br>Media + More Binder Barcode Labeling Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20749<br><br>FUF – 927 | 22,300<br><br>28,006.88 | Media + More Binder Security Seal Section Design/Development<br><br>Media + More Binder Security Seal Section Design/Development |
| ECI to ADK: 6/17/02 | 20750 | 23,300 | Media + More Binder Clear P-Case Section Design/Development |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 6/18/02 | FUF – 928 | 29,262.79 | Media + More Binder Clear P-Case Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20751<br><br>FUF – 929 | 23,400<br><br>29,388.38 | Media + More Binder Made in USA Section Design/Development<br><br>Media + More Binder Made in USA Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20752<br><br>FUF – 930 | 24,100<br><br>30,267.52 | Media + More Binder Tape Rewards Section Design/Development<br><br>Media + More Binder Tape Rewards Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20753<br><br>FUF – 931 | 23,700<br><br>29,765.16 | Media + More Binder Disk Rewards Section Design/Development<br><br>Media + More Binder Disk Rewards Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20754<br><br>FUF – 932 | 27,300<br><br>34,286.45 | Media + More Binder DSU Section Design/Development<br><br>Media + More Binder DSU Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20755<br><br>FUF – 933 | 23,700<br><br>29,765.16 | Media + More Binder Storage Industry Section Design/ Development<br><br>Media + More Binder Storage Industry Section Design/ Development |
| ECI to ADK: 6/17/02 | 20756 | 18,400 | Media + More Binder ATOMM Technology Section Design/ Development |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 6/18/02 | FUF – 934 | 23,108.81 | Media + More Binder ATOMM Technology Section Design/Dev. |
| ECI to ADK: 6/17/02 | 20757 | 18,900 | Media More Binder Nano 3 Technology Section Design Development |
| ADK to Fuji: 6/18/02 | FUF – 935 | 23,736.77 | Media More Binder Nano 3 Technology Section Design Development |
| ECI to ADK: 6/17/02 | 20758 | 21,300 | Media + More Binder Manufacturing Section Design/ Development |
| ADK to Fuji: 6/18/02 | FUF – 936 | 26,750.96 | Media + More Binder Manufacturing Section Design/ Development |
| ECI to ADK: 6/17/02 | 20759 | 21,700 | Media + More Binder Super DL Tape Section Design/Development |
| ADK to Fuji: 6/18/02 | FUF – 937 | 27,253.33 | Media + More Binder Super DL Tape Section Design/Development |
| ECI to ADK: 6/17/02 | 20760 | 21,900 | Media + More Binder DLTtape Section Design Development |
| ADK to Fuji: 6/18/02 | FUF – 938 | 27,504.51 | Media + More Binder DLT tape Section Design Development |
| ECI to ADK: 6/17/02 | 20761 | 21,700 | Media + More Binder LTO Ultrium 1 Section Design/ Development |
| ADK to Fuji: 6/18/02 | FUF – 939 | 27,253.33 | Media + More Binder LTO Ultrium 1 Section Design/ |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| | | | Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20762<br><br>FUF – 940 | 21,600<br><br>27,127.74 | Media + More Binder DDS-4 Section Design/Development<br><br>Media + More Binder DDS-4 Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20763<br><br>FUF – 941 | 21,600<br><br>27,127.74 | Media + More Binder D8 Section Design/ Development<br><br>Media + More Binder D8 Section Design/ Development |
| ADK to Fuji: 6/18/02<br><br>ECI to ADK: 6/17/02 | FUF – 942<br><br>20745 | 27,127.74<br><br>21,600 | Media + More Binder CD-R/CD-RW Section Design/ Development<br><br>Media + More Binder CD-R/CD-RW Section Design/ Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20744<br><br>FUF – 943 | 21,800<br><br>27,378.92 | Media + More Binder DVD Products Section Design/ Development<br><br>Media + More Binder DVD Products Section Design/ Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20743<br><br>FUF – 944 | 21,700<br><br>27,253.33 | Media + More Binder Flash/Smart media Section Design/ Development<br><br>Media + More Binder Flash/Smart media Section Design/ Development |
| ECI to ADK: 6/17/02 | 20742 | 21,200 | Media + More Binder Zip Disk Section Design/Development |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 6/18/02 | FUF – 945 | 26,625.37 | Media + More Binder Zip Disk Section Design/Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20741<br><br>FUF – 946 | 16,000<br><br>20,094.62 | Media + More Binder New Product Comparisons Design/ Development<br><br>Media + More Binder New Product Comparisons Design/ Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20740<br><br>FUF – 947 | 12,700<br><br>15,950.10 | Media + More Binder Fujifilm Difference Section Design/ Development<br><br>Media + More Binder Fujifilm Difference Section Design/ Development |
| ECI to ADK: 6/17/02<br><br>ADK to Fuji: 6/18/02 | 20739<br><br>FUF – 948 | 11,300<br><br>14,191.83 | Media + More Binder Support Section Design/Development<br><br>Media + More Binder Support Section Design/Development |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20961<br><br>FUF – 972 | 18,740<br><br>23,535.82 | Media + More Web Programming for Barcode Labeling Section<br><br>Media + More Web Programming for Barcode Labeling Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20962<br><br>FUF – 973 | 18,650<br><br>23,422.80 | Media + More Web Programming for Security Seal Section<br><br>Media + More Web Programming for Security Seal Section |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20963<br><br>FUF – 974 | 18,520<br><br>23,259.52 | Media + More Web Programming for Color Tag Section<br><br>Media + More Web Programming for Color Tag Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20964<br><br>FUF – 975 | 14,780<br><br>18,562.41 | Media + More Web Programming for Rewards Section<br><br>Media + More Web Programming for Rewards Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20996<br><br>FUF – 976 | 14,540<br><br>18,260.99 | Media + More Web Programming for Storage Industry Section<br><br>Media + More Web Programming for Storage Industry Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20965<br><br>FUF – 977 | 23,020<br><br>28,911.13 | Media + More Web Programming for Technology Section<br><br>Media + More Web Programming for Technology Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20966<br><br>FUF – 978 | 16,520<br><br>20,747.70 | Media + More Web Programming for Manufacturing Section<br><br>Media + More Web Programming for Manufacturing Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20967<br><br>FUF – 979 | 17,590<br><br>22,091.53 | Media + More Web Programming for Magnetic Disc Section<br><br>Media + More Web |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| | | | Programming for Magnetic Disc Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20968<br><br>FUF – 980 | 18,870<br><br>23,699.10 | Media + More Web Programming for Magnetic Tape Section<br><br>Media + More Web Programming for Magnetic Tape Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20969<br><br>FUF – 981 | 17,680<br><br>22,204.56 | Media + More Web Programming for Optical Disc Section<br><br>Media + More Web Programming for Optical Disc Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20970<br><br>FUF – 982 | 17,830<br><br>22,392.95 | Media + MoreWeb Programming for Flash/Smart Media Section<br><br>Media + MoreWeb Programming for USB Media Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20971<br><br>FUF – 983 | 13,910<br><br>17,469.77 | Media + More Web Programming for New Product Comparison Section<br><br>Media + More Web Programming for New Product Comparison Section |
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20972<br><br>FUF – 984 | 14,760<br><br>18,537.29 | Media + More Web Programming for Fujifilm Difference Section<br><br>Media + More Web Programming for Fujifilm Difference Section |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ECI to ADK: 7/10/02<br><br>ADK to Fuji: 7/12/02 | 20995<br><br>FUF – 985 | 14,550<br><br>18,273.55 | Media + More Web Programming for Support Section<br><br>Media + More Web Programming for Support Section |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21469<br><br>FUF – 1041 | 30,289.21<br><br>34,515.23 | Used Tape Information Sheet<br><br>Used Tape Information Sheet |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21470<br><br>FUF – 1042 | 33,771.43<br><br>38,370.16 | Used Tape Direct Mailer<br><br>Used Tape Direct Mailer |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21471<br><br>FUF – 1043 | 27,993.55<br><br>31,907.14 | Used Tape Tri-Fold Card<br><br>Used Tape Tri-Fold Card |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21472<br><br>FUF – 1044 | 26,249.77<br><br>29,930.14 | Media + More Super DLTtape Launch DM<br><br>Media + More Super DLTtape Launch DM |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21473<br><br>FUF – 1045 | 26,373.48<br><br>30,064.40 | Media + More Super DLTtape Launch E-mail Blast<br><br>Media + More Super DLTtape Launch E-mail Blast |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21474<br><br>FUF – 1046 | 33,638.17<br><br>38,475.57 | Media + More Super DLTtape Launch Flash<br><br>Media + More Super DLTtape Launch Flash |
| ECI to ADK: 9/9/02 | 21475 | 28,471.96 | Media + More Security Strip Launch E-mail Blast |

| Date | Invoice No. | Amount | Description |
|---|---|---|---|
| ADK to Fuji: 9/12/02 | FUF – 1047 | 32,517.99 | Media + More Security Strip Launch E-mail Blast |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21476<br><br>FUF – 1048 | 30,961.44<br><br>35,276.70 | Media + More Security Strip Launch DM<br><br>Media + More Security Strip Launch DM |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21477<br><br>FUF – 1049 | 25,459.73<br><br>29,134.14 | Media + More Security Strip Launch Flash<br><br>Media + More Security Strip Launch Flash |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21478<br><br>FUF – 1050 | 35,892.73<br><br>40,961.68 | USB Launch Direct Mailer<br><br>USB Launch DM |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21479<br><br>FUF – 1051 | 23,947.31<br><br>27,286.29 | USB Launch E-mail Blast<br><br>USB Launch E-mail Blast |
| ECI to ADK: 9/9/02<br><br>ADK to Fuji: 9/12/02 | 21480<br><br>FUF – 1052 | 27,937.51<br><br>32,083.57 | USB Launch Flash<br><br>USB Launch Flash |
| ECI to ADK: 10/24/03<br><br>ADK to Fuji: 1/30/03 | 33702<br><br>FUF – 1322 | 922.80<br><br>4,585.67 | Nano Cubic Letters – Printed 2 colors, 2 sides on specialty stock; Nano Cubic Envelopes – Printed 2 colors, 2 sides on<br><br>Nanocubic Announcement Letter & Envelope |