# SCHEDULE OF MAILING OF THE WEINER ENTITIES' BROKER CONTRACTS

| Approximate Date of Mailing | Weiner Entity Contract |
|---|---|
| 04/23/1997 | M.L. Weiner & Associates |
| 09/25/1997 | M.L. Weiner & Associates |
| 12/01/1997 | Bilmart Sales |
| 06/15/1998 | Marwin Sales |
| 06/15/1998 | Associated Sales |
| 02/17/2000 | M.L. Weiner & Associates |
| 02/17/2000 | Bilmart Sales |
| 02/17/2000 | Marwin Sales |
| 02/17/2000 | Associated Sales |