# SCHEDULE OF ECI INVOICES TO FUJI

| Invoice Date | Invoice Number | Amount | Description |
|---|---|---|---|
| 12/17/02 | 21987 | $17,350.00 | Conversion of Security Seal materials for use w/new tool – Phase II Design, layout, creative treatments |
| 12/17/02 | 21988 | $18,310.00 | Conversion of all Media+More USB graphics for use w/new tool – Phase II Design. Layout, creative treatments… |
| 12/17/02 | 21989 | $15,715.00 | Conversion of all Media+more graphics for use w/new tool – Phase II |
| 12/17/02 | 21990 | $21,320.00 | Addition of new tool graphics and concept to Media +More binder section |
| 12/17/02 | 21991 | $8,210.00 | Media+More USB treatments and creative elements |
| 12/17/02 | 21992 | $14,210.00 | Conversion of Bar Code to use w/new tool design, layout, creative treatments… |
| 12/17/02 | 21993 | $14,630.00 | Content campaign conversion to use w/new tool |
| 1/17/03 | 30161 | $47,210.00 | DSU Mailing to the full database |
| 1/17/03 | 30162 | $29,175.00 | Conversion of Media+More USB graphics for new campaign; Additional programming enhancement with flash; Create portability for new campaign |
| 1/17/03 | 30163 | $33,655.00 | Brand site/FTP/Job Ticket Bar code system development; Designs for Job Ticket application with portability; FTP functionality and design |
| 1/17/03 | 30164 | $75,360.00 | New rebate/promotional scanning design section for Marketing Programs; Combining Media+More programs to tool for Wide distribution |
| 1/17/03 | 30168 | $16,165.00 | Website site modifications for catalog approach to sell sheets – Distribution; Website site modifications for catalog approach to sell sheets – Retail |
| 1/24/03 | 30212 | $15,330.00 | USB New Markets Sales Presentation; Layout concept and graphics; Creative treatments and reuse of existing graphics |
| 1/24/03 | 30213 | $10,765.00 | Media Market Watch for web based applications; Additional program enhancements |
| 1/24/03 | 30247 | $27,635.00 | Outside Supplier Site for Back Office & Tracking; Layouts and graphics mapping marketing program management |
| 1/24/03 | 30248 | $10,780.00 | USB New Mrkets Channel Promotion; USB New Graphics for FFMS |
| 1/24/03 | 30249 | $19,950.00 | Tape Rewards Marketing Integrated w/Tool for Wide Distribution; Disk Rewards Marketing Integrated w/Tool for Wide Distribution |
| 1/27/03 | 30261 | $37,615.00 | USB Concept Development for Product Positioning Concept for integrated marketing on the web |

| Invoice Date | Invoice Number | Amount | Description |
|---|---|---|---|
| 1/27/03 | 30262 | $24,565.00 | USB Concept & Design Media Kit; USB Concept & Design Collateral |
| 1/29/03 | 30265 | $43,510.00 | New Design Elements for Fujifilmmediasource.com Updated flow of navigation by Design; Conversion of Creative Treatments to Support New Positioning Coordinating web presentation w/ collateral |
| 1/31/03 | 30372 | $17,180.00 | USB New Markets Sales Presentation Graphics; Add'l Graphics for FFMS; Conversion for Graphics to PDF |
| 1/31/03 | 30373 | $21,355.00 | Outside Supplier Site Tracking Facility Tool Integration Layouts and graphics mapping marketing program management |
| 1/31/03 | 30374 | $27,930.00 | Tape Rewards Marketing Integrated for Wide Distribution New Postioning w/layout and concept; Disk Rewards Marketing Integrated for Wide Distribution New postioning w/concept and layout |
| 1/31/03 | 30375 | $47,195.00 | Media+More Mailing for Postioning of New Markets; Media+More Emailing for Market Survey & Postioning |
| 1/31/03 | 30376 | $15,795.00 | Media Market Watch for web based applications elements; Additional program enhancements |
| 1/31/03 | 30377 | $38,425.00 | Brand site/FTP/Job Ticket Bar code system integration to marketing programs; Designs for Job Ticket application/integration to marketing programs; FTP functionality and design-phase II |
| 1/31/03 | 30378 | $73,715.00 | New rebate/promotional scanning design section for Marketing Programs-phase II; Integrating Marketing Program Administration to tool for Wide distribution |
| 1/31/03 | 30379 | $32,582.00 | FFMS Administration section for Marketing Program Tracking; FFMS Development for New Positioning Market Programs; Conversion of Graphics to Update New positioning |
| 2/3/03 | 30476 | $47,300.00 | USB Web Based Presentation; Design Elements and concept |
| 2/3/03 | 30477 | $30,615.00 | Media+More Design Elements for FFMS; Add'l Architecture and Design for Marketing Integration; Conversion of Graphic Updates |
| 2/5/03 | 30511 | $38,211.00 | FFMS Administration section for Marketing Program Tracking-Phase II Conversion and design for portability; FFMS Conversion for Tape Storage Magazine section; Designing elements for cross section links within FFMS |
| 2/5/03 | 30512 | $11,715.00 | Media+More for web based applications elements; Additional program enhancements |

| Invoice Date | Invoice Number | Amount | Description |
|---|---|---|---|
| 2/5/03 | 30513 | $15,820.00 | "We Are Storage" Sales Presentation for Web Graphics; Add'l Graphics for FFMS; Conversion for Graphics to PDF |
| 2/18/03 | 30612 | $21,810.00 | Conversion of Graphics and Creative Treatment for USB; Updated Design and Add'l Programming |
| 2/18/03 | 30614 | $42,090.00 | Media+More for DSU Web Presentation Design Elements and Treatments; Design Channel Partners & End Users Web Presentation Concept; Conversion of Graphics from Collateral and Positioning |
| 3/3/03 | 30781 | $33,375.00 | Disk Rewards Administration section for Marketing Program Tracking; Disk Rewards Development for New Positioning Market Programs; Conversion of Graphics to Update New Positioning for Tape Rewards |
| 3/3/03 | 30782 | $51,615.00 | Disk Rewards Mailing for Program Postioning; Disk Rewards emailing for Market Survey & Postioning |
| 3/3/03 | 30783 | $17,180.00 | Rewards Site Tracking Facility Tool Integration Layouts and graphics mapping marketing program management |
| 3/3/03 | 30784 | $34,550.00 | Tape Rewards/FTP Bar code system integration to marketing programs; Designs for Reward application/integration to marketing programs; Rewards FTP functionality and design |
| 3/3/03 | 30785 | $21,045.00 | Disk Rewards Program Presentation for Web Graphics; Additional Graphics for FFMS; PDF Graphics for Distribution |
| 3/3/03 | 30786 | $49,645.00 | Tape Reward Binder for Program Distribution; Conversion of Graphics for Web Based Programs; Additional Programming for FFMS |
| 3/3/03 | 30787 | $19,360.00 | Tape rewards Marketing Integrated for Wide Distribution – Phase II; Disk Rewards Marketing Integrated for Wide Distribution – Phase II |
| 3/3/03 | 30788 | $21,245.00 | Tape Rewards Brochure Collateral; Conversion of Graphics for PDF and FFMS |
| 3/3/03 | 30789 | $31,190.00 | Design Integration of Tape Rewards & We are Storage Program Collateral and feedback tracking; Program Tracking and Customer Service for Tape Reward Programs Web based and database management design |
| 3/3/03 | 30790 | $29,075.00 | USB Database Management Site; USB E-Mail Survey and Analysis for Marketing Position |
| 3/13/03 | 31051 | $26,587.00 | Collateral and Web Based Tie-in Marketing Programs; Conversion of Graphics for PDF and FFMS |
| 3/13/03 | 31052 | $37,410.00 | Design Integration of Tape Rewards & We Are Storage Program – Phase II Collateral and feedback tracking; Program Tracking and Customer Service for |

| Invoice Date | Invoice Number | Amount | Description |
|---|---|---|---|
| | | | Tape Reward Programs – Phase II Web based and database management design |
| 3/13/03 | 31053 | $19,740.00 | Disk Rewards Marketing Integrated for Wide Distribution – Final Phase; Disk Rewards Marketing Integrated for Wide Distribution – Final Phase |
| 3/13/03 | 31054 | $45,726.00 | Disk Reward Web Section for Program Distribution Designing and content; Conversion of Graphics for Web Based Programs; Additional Programming for FFMS |
| 3/13/03 | 31055 | $23,690.00 | Sales Presentation for Disk Rewards Incentive Program; Additional Graphics for FFMS |
| 3/13/03 | 31056 | $35,155.00 | Tape Rewards/FTP Bar code system integration to marketing programs – Final Phase; Designs for Reward application/integration to marketing programs – Final Phase; Rewards FTP linking functionality to marketing programs |
| 3/13/03 | 31057 | $18,350.00 | Tracking Program Integrity for Rewards Site Integration Layouts mapping marketing program management |
| 3/13/03 | 31058 | $56,735.00 | Rewards Site Mailing Program to Entire Database; Emailing Market Survey & Postioning Program |
| 3/13/03 | 31059 | $37,375.00 | Tape Rewards Administration section for Marketing Program Tracking – Final Phase; Tape Rewards Development for New Positioning Market Programs – Final Phase; Conversion of Graphics to Update New Positioning for Tape Rewards |
| 3/13/03 | 31060 | $19,355.00 | Web Presentation for "We Are Storage" Positioning; Add'l Graphics for FFMS; Conversion for Graphics to PDF |
| 3/13/03 | 31061 | $13,385.00 | Media+More for web based applications elements – Final Phase; Additional Program enhancements |
| 3/13/03 | 31062 | $28,160.00 | FFMS Administration section for Marketing Program Tracking – Final Phase Conversion and design for portability; Add'l Conversion for Tape Storage Magazine section; Add'l elements for cross section links within FFMS |
| 5/13/03 | 32132 | $34,236.00 | Retail Binder for Electronic Use, Conversion, Design & Execution - Arpil |
| 5/13/03 | 32133 | $38,541.00 | USB Binder Conversions, Designs and Execution for Electronic Use – April |
| 6/6/03 | 32546 | $33,915.00 | USB Binder Conversions, Designs and Execution for Electronic Use – May |
| 6/6/03 | 32547 | $26,871.00 | USB Binder Conversions, Designs and Execution for Electronic Use – May |

| Invoice Date | Invoice Number | Amount | Description |
|---|---|---|---|
| 6/13/03 | 32576 | $8,157.00 | Conversions, Designs and Execution of Distribution Binder for Electronic Use |
| 7/2/03 | 32725 | $42,806.00 | USB Binder Conversion, Designs and Execution for Electronic Use Layouts, programming and creative treatments |
| 7/2/03 | 32726 | $23,919.00 | Distribution Binder Conversions, Designs and Execution for Electronic Use |
| 7/18/03 | 32876 | $27,874.00 | Retail Binder Conversions, Designs and Execution for Electronic Use – July |
| 7/18/03 | 32877 | $34,618.00 | USB Binder Conversions, Designs and Execution for Electronic Use – July |
| 7/18/03 | 32878 | $11,712.00 | Distribution Binder Conversions, Designs and Execution for Electronic Use |
| 7/31/03 | 33013 | $17,275.00 | USB Conversions for Web Site |
| 8/4/03 | 33031 | $36,236.50 | USB Direct Mail Research |
| 8/4/03 | 33032 | $34,575.00 | Disk Rewards Mailing for USB |
| 8/26/03 | 33211 | $25,618.70 | Retail Binder Conversions, Design and Execution for Electronic Use – August |
| 8/26/03 | 33212 | $33,814.00 | USB Binder Conversions, Designs and Execution for Electronic Use – August |
| 8/26/03 | 33213 | $10,215.00 | Distribution Binder Conversions, Designs and Execution for Electronic Use – August |
| 9/3/03 | 33347 | $49,135.81 | Conversion of Nano Materials for Print and Electronic Use Web base technologies and html |
| | **TOTAL** | **$2,142,665.01** | |