**SCHEDULE OF ADK INVOICES TO FUJI**

| Invoice Date | Invoice Number | Amount | Description |
|---|---|---|---|
| 6/27/02 | FUF-95 | $24,018.75 | New Jersey Market Development; Production |
| 1/31/03 | FUF-1169 | $70,531.03 | Comdex 2002; Creative Direction; Art Direction; Production; Printing |
| 5/31/03 | FUF-1264 | $23,161.87 | FFMS Pop-Up Windows; Production |
| 7/30/03 | FUF-1285 | $24,925.33 | FFMS Pop-Up Windows; Production |
| 7/30/03 | FUF-1286 | $19,638.14 | DSU Pop-Up Windows; Production |
| 8/14/03 | FUJ-039 | $7,398.52 | Frank Parsons DM Campaign; Art Direction |
| 8/14/03 | FUJ-040 | $12,840 | Frank Parsons DM Campaign; Creative Direction |
| 8/14/03 | FUJ-041 | $5,885 | Frank Parsons DM Campaign; Copywriting |
| 8/14/03 | FUJ-042 | $20,330 | e-Media DM Campaign; Art Direction |
| 8/14/03 | FUJ-043 | $11,770 | e-Media DM Campaign; Creative Direction |
| 8/14/03 | FUJ-044 | $18,190 | On-Line Computer Products DM Campaign; Art Direction |
| 8/14/03 | FUJ-045 | $13,910 | On-Line Computer Products DM Campaign; Creative Direction |
| 8/29/03 | FUJ-054 | $24,931 | Frank Parsons DM Campaign; Fulfillment |
| 8/29/03 | FUJ-055 | $25,038 | e-Media DM Campaign; Fulfillment |
| 8/29/03 | FUJ-056 | $24,953.08 | On-Line Computer Products DM Campaign; Fulfillment |
| 12/31/03 | FUF-1333 | $3,791.81 | Miscellaneous Shipping 2003; Shipping |