MAR 05 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

FUJI PHOTO FILM U.S.A., INC.,

Plaintiff,

-against-

SCOTT F. McNULTY, LORI S. McNULTY, a/k/a LORI STRAUB, MICHAEL C. CONNELL, FRANK FRANZE, DWAIN K. TAYLOR, ADK AMERICA, INC., AWOL, ESSENTIAL COMMUNICATIONS & INK LLC, REVOLUTIONARY GRAPHICS, INC. and THE WINDWOOD GROUP LLC,

Defendants.

---------------------------------------------------------------X

05 Civ. No. 7869 (SAS)

(ECF Case)

**CONSENT JUDGMENT**

# CONSENT JUDGMENT

Upon the consent of plaintiff, FUJIFILM North America Corporation, formerly known as Fuji Photo Film U.S.A., Inc. ("Fuji"), and defendants, Scott F. McNulty, Lori S. McNulty, a/k/a Lori Straub, Revolutionary Graphics, Inc., and AWOL (collectively, the "McNulty Defendants"), it is hereby

ORDERED that judgment be entered in favor of Fuji and against the McNulty Defendants, jointly and severally, in the amount of $4,200,000.00.

Date: New York, New York
March 5, 2010

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 3/5/10